JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELIA MINJARES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania corporation, authorized to do business in California; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 5:21-cv-00798-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion for Summary Judgment [ECF No. 28]" filed substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. The operative pleading is the Complaint (the "<u>Complaint</u>") [ECF No. 1-2] of Plaintiff Velia Minjares.

3. Defendants DOES 1 through 100, inclusive, are **DISMISSED**.

4. Defendant AmGUARD Insurance Company shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Velia Minjares.  Plaintiff Velia Minjares shall take nothing by way of her Complaint.  This action is **DISMISSED**.

5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 21, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE